UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>MARIA BEATRICE JANIS<br><br>Defendant<br><br>and<br><br>MAVERIK,<br>SALT LAKE CITY, UT,<br>and its successors or assigns<br><br>Garnishee | 3:13CR30063-001<br><br>ORDER TERMINATING<br>CONTINUING GARNISHMENT |

Based upon the Motion for Termination of Continuing Garnishment with Final Accounting on file herein, and pursuant to 28 U.S.C. §3205(c)(10)(C), it is

ORDERED that the garnishment herein is hereby terminated by Order of this Court.

DATED: May 6, 2021

BY THE COURT:

ROBERTO A. LANGE
CHIEF JUDGE